**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANGEL BALBUENA, | No. 11-71617 |
| Petitioner, | Agency No. A096-230-815 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 24, 2013**

Before:    RAWLINSON, N.R. SMITH, and CHRISTEN, Circuit Judges.

Angel Balbuena, a native and citizen of Mexico, petitions for review of the

Board of Immigration Appeals' order dismissing his appeal from an immigration

judge's denial of adjustment of status as a matter of discretion. Our jurisdiction is

governed by 8 U.S.C. § 1252. We dismiss the petition for review.

---

\*    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

We lack jurisdiction to review the agency's discretionary denial of adjustment of status, *see* 8 U.S.C. § 1252(a)(2)(B)(i), and Balbuena does not raise a colorable due process challenge to this discretionary determination*, see* 8 U.S.C. § 1252(a)(2)(D); *Bazua-Cota v. Gonzales,* 466 F.3d 747, 748-49 (9th Cir. 2006).

In light of this disposition, we do not reach Balbuena's remaining contentions.

**PETITION FOR REVIEW DISMISSED.**